IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JUAN CARLOS RIOS**  PETITIONER

V.  **2:22-CV-00096 JM/PSH**

**JOHN YATES, Warden,**
**FCI Forrest City Medium**  RESPONDENT

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered dismissing the case without prejudice.

IT IS SO ORDERED this 4th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE