IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JUAN CARLOS RIOS**                                             PETITIONER

V.                             2:22-CV-00096 JM/PSH

**JOHN YATES, Warden,**
**FCI Forrest City Medium**                                      RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 4th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE